0 : 7228

Withdrawn
and not
reissued.